IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK TONER and SOSITHIA SO, <br><br> Plaintiffs, <br><br> v. <br><br> J.P.S. CONSTRUCTION COMPANY, INC., <br><br> Defendant. | No. 2:25-CV-01139-RBS |

### ORDER APPROVING SETTLEMENT

The Court, having reviewed Defendant's Unopposed Motion for Approval of Settlement (ECF No. 25), filed in the above-referenced matter, hereby finds that the Settlement Agreement reached between the parties represents a fair, reasonable, and adequate resolution of Plaintiffs' claims against Defendant under the Fair Labor Standards Act and the Pennsylvania Minimum Wage Act.

Accordingly, it is hereby **ORDERED** that the settlement in the above-referenced action is **APPROVED**, and that this matter is **DISMISSED** *with prejudice.*

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**

Date: 1/13/2026